FILED

13 JUN 21 AM 11:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| UNITED STATES OF AMERICA,      | Case No. '13 CR 2297 JLS |
|--------------------------------|--------------------------|
| Plaintiff,                     | I N D I C T M E N T      |
| v.                             |                          |
| TONY McLEOD, aka "Tony,"       | Title 18, U.S.C., Sec. 2422(b) – Enticement of a Minor |
| Defendant.                     |                          |

The grand jury charges

Count 1

On or about and between May 24, 2013 and June 11, 2013, within the Southern District of California and elsewhere, the defendant, TONY McLEOD, aka "Tony," using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly persuade, induce, entice, and coerce, an individual under the age of 18 years, to wit: minor victim #1 (age 14) to engage in unlawful sexual activity for which a person can be charged with a

CEK:lml:San Diego
6/20/13

criminal offense, to wit: California Penal Code § 288.2(b); in violation of Title 18, United States Code, Section 2422(b).

DATED: June 21, 2013.

A TRUE BILL:

*[signature]*
Foreperson

LAURA E. DUFFY
United States Attorney

By: *[signature]*
CHARLOTTE E. KAISER
Assistant U.S. Attorney

2