2014 JAN 10 PM 12: 25

05

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TONY LEE McLEOD,<br>　aka "Tony,"<br><br>　　　　　Defendant. | Case No. <u>13CR2297-JLS</u><br><br><u>I N D I C T M E N T</u><br>**(Superseding)**<br><br>Title 18, U.S.C., 2422(b) – Coercion and Enticement; Title 18, U.S.C., Sec. 2251(a) and (e) – Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2251(a) and (e) – Attempted Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct; Title 18, U.S.C., Sec. 2423(a) – Transportation of a Minor; Title 18, U.S.C., Secs. 2253 and 2428 – Criminal Forfeiture |

　　　The grand jury charges:

### Count 1

　　　In or about and between March 2013 and June 11, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, to wit: minor victim #1 (age 14), to engage in any sexual activity for which any

CEK:sj:San Diego
1/10/14

person can be charged with a criminal offense, to wit: California Penal Code, Section 288.2; in violation of Title 18, United States Code, Section 2422(b).

## Count 2

On or about and between May 23, 2013 and May 24, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, to wit: VID-20130524-00011.3GP, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 3

On or about and between May 25, 2013 and May 26, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130525-00220.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign

1  commerce, and such visual depiction was produced and transmitted using
2  materials that had been mailed, shipped and transported in and
3  affecting interstate and foreign commerce by any means, including
4  computer, and such visual depiction was actually transported and
5  transmitted using any means and facility of interstate and foreign
6  commerce and in and affecting interstate and foreign commerce; in
7  violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 4

On or about and between May 25, 2013 and May 26, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130525-00223.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

//
//
//
//
//

Count 5

On or about and between May 25, 2013 and May 26, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130525-00221.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 6

On or about and between May 25, 2013 and May 26, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did attempt to employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130525-00222.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any

means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 7

On or about and between May 25, 2013 and May 26, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130525-00224.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 8

On or about and between May 26, 2013 and May 27, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130526-00227.jpg, knowing and having reason to

know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 9

On or about and between May 26, 2013 and May 27, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did employ, use, persuade, induce, entice and coerce minor victim #1 (age 14) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG-20130526-00228.jpg, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

//
//
//

### Count 10

On or about June 9, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with minor victim #1 (age 14), a person under the age of 18 years of age; in violation of Title 18, United States Code, Section 2423(b).

### Count 11

On or about and between June 10, 2013 and June 11, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did knowingly transport an individual who had not attained the age of 18 years, to wit: minor victim #1 (age 14), in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, to wit: Florida Stat. Section 800.04(5)(a); in violation of Title 18, United States Code, Section 2423(a).

### Count 12

In or about and between March 2013 and June 11, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, to wit: minor victim #2 (age 15), to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: California Penal Code Section 288.2; in violation of Title 18, United States Code, Section 2422(b).

## Count 13

In or about and between May 2013 and June 11, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did attempt to employ, use, persuade, induce, entice and coerce minor victim #2 (age 15) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

## Count 14

In or about and between May 2013 and June 11, 2013, within the Southern District of California and elsewhere, defendant TONY LEE McLEOD, aka "Tony," did attempt to employ, use, persuade, induce, entice and coerce minor victim #2 (age 15) to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and foreign commerce, and such visual depiction was produced and transmitted using materials that had

been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 14 of this Superseding Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253 and 2428.

2. Upon conviction of the offenses alleged in Counts 1 through 14, which involve violations of Title 18, United States Code, Sections 2251(a) and (e), 2422(b), 2423(a), and 2423(b), defendant TONY LEE McLEOD, aka "Tony," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428 all interest in:

   a. any visual depiction which was produced, transported, mailed, shipped or received in violation of law;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including, but not limited to:

   i. One (1) Apple iPad 16GB, S/N: DKVGP1JUDFHW;

    ii. One (1) SanDisk Cruzer 2GB thumb drive,
S/N: BE1003OFDB;

    iii. One (1) Apple iPhone 5, S/N: DNPKH2QNF8H2;

    iv. One (1) Apple iPhone, S/N: C8VFH5P2DDP7;

    v. One (1) Apple I-Pad2 16 GB,
S/N: DN6FRLEPDKPH

    vi. One (1) Sony VAIO Laptop computer,
Model PCG-7174L, with S/N: 54004193 3002786;

    vii. One (1) E-machine, model EL12-09,
S/N: PTNABOX00285102D563001;

    viii. One (1) PlayStation 3,
S/N: CF417679790-CECH-3001A;

    ix. One (1) HP Mini Laptop, S/N: CNF0173CN1;

    x. One (1) Samsung Galaxy S cellular telephone,
MEID HEX: A0000024EA846A;

    xi. One (1) Apple iPhone, S/N: C8QF8J7TDDP7;

    xii. Samsung Galaxy S cellular telephone,
S/N: A0000024655AA1;

    xiii. Images of minors engaged in sexually explicit conduct as defined by 18 U.S.C. § 2256.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o) and 2428, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

DATED: January 10, 2014.

A TRUE BILL:

_[signature]_
Foreperson

LAURA E. DUFFY
United States Attorney

By: _[signature]_
CHARLOTTE E. KAISER
Assistant U.S. Attorney

11