**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California   92101-5030
Telephone:   (619) 234-8467
E-mail:   Leila_Morgan@fd.org

Attorneys for Mr. Tony McLeod

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | Case No.:   Case No. 13CR2297-JLS |
|---|---|---|
| Plaintiff, | ) | OBJECTIONS TO THE REPORT OF DR. KALISH |
| v. | ) | |
| **TONY MCLEOD,** | ) | |
| Defendant | ) | |

The defendant, Tony McLeod, by and through his attorneys, Leila W. Morgan, Michelle Betancourt and Federal Defenders of San Diego, Inc., hereby files the following objection to the Report of Dr. Kalish.

Although Mr. McLeod has made a good faith effort to include all objections herein, he reserves the right to contest additional legal or factual matters at sentencing.

## A.   Objection

Mr. McLeod objects to the Court's consideration of Dr. Kalish's report prepared on October 1, 2015. Mr. McLeod specifically objects to his opinions regarding the appropriate length of Mr. McLeod's sentence as well as his opinion regarding Mr. McLeod's danger to the community.

First, Dr. Kalish asserts that the tests performed by Dr. Clipson cannot be relied upon because they are based on the self-reporting of Mr. McLeod. This is factually inaccurate. The Static-99R is not based on self-reporting. Therefore, Dr. Kalish's position that the testing cannot be relied upon evidences a lack of understanding of the tests administered.

Moreover, Dr. Kalish seems to be basing his opinion of recidivism only on his clinical opinion. A clinical opinion he came to without meeting with Mr. McLeod, performing any tests of his own or reviewing the raw data of the tests administered by Dr. Clipson.

Dr. Kalish's opinion also ignores current psychological industry standards for determining the risk of recidivism in those convicted of sexual offenses. However, in the last 10 years studies have shown that the accuracy of these types of assessment were "typically only slightly above chance levels." R. Karl Hanson & Kelly Morton-Bourgon, *Predictors of Sexual Recidivism: An Updated Meta-Analysis* 2004-02, Public Safety and Emergency Preparedness Canada, ISBN: 0-662-68051-0, available at:https://www.publicsafety.gc.ca/cnt/rsrcs/pblctns/2004-02-prdctrs-sxl-rcdvsm-pdtd/2004-02-prdctrs-sxl-rcdvsm-pdtd-eng.pdf (last visited October 9, 2015). "The sex offender actuarial risk scales were more accurate in predicting general recidivism than were the unstructured clinical assessments." *Id*. at 14. Dr. Clipson's opinion is based in part on the results of the Static-99, an actuarial risk scale, which empirical evidence has shown provides a more accurate prediction of recidivism.

Because Dr. Kalish's report does not follow current scientific literature for determining the risk of recidivism in sex offenders, his report should be stricken in its entirety as it lacks scientific basis.

To the extent that the Court wishes to rely upon Dr. Kalish's report in determining an appropriate sentence for Mr. McLeod, Mr. McLeod requests a hearing under *Daubert* to further examine Dr. Kalish's opinion and expert qualifications.

**D.    Conclusion**

Mr. McLeod respectfully requests that the Court strike the report of Dr. Kalish.

Dated:  September 24, 2015            */s/ Leila W. Morgan*
                                                                 **Leila W. Morgan**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Leila_Morgan@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Petitioner certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Charlotte Kaiser, Assistant United States Attorney

Charlotte.Kaiser@usdoj;gov

Dated:   October 9, 2015            s/ *Leila W. Morgan*
                                    **LEILA W. MORGAN**
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    Leila_Morgan@fd.org