UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff/Respondent,<br><br>v.<br><br>TONY LEE McLEOD,<br><br>                   Defendant/Petitioner. | Case No.: 13CR2297-JLS<br>              20CV0853-JLS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY § 2255 PROCEEDINGS** |

On November 3, 2021, Defendant/Petitioner Tony Lee McLeod ("Defendant"), a prisoner in federal custody proceeding pro se, submitted a letter requesting a 90-day continuation of the stay in effect with respect to his pending 28 U.S.C. § 2255 motion (ECF No. 268). Good cause appearing, the Court will grant this request. IT IS HEREBY ORDERED that the § 2255 proceedings in this case are stayed for an additional period of 90 days. On or before **February 10, 2022**, Defendant shall either file his amended § 2255 motion or a status update regarding the conditions at the facility and any request for further extension of the stay.

IT IS SO ORDERED.

Dated: November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge